**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DEMARCUS BORUM** **PLAINTIFF**

**v.** **No. 2:25-cv-235-DPM**

**CITY OF HELENA-WEST HELENA, ARKANSAS; CHRISTOPHER FRANKLIN, Mayor, in his individual and official capacity; JAMES VALLEY, in his individual and official capacity** **DEFENDANTS**

# ORDER

The Helena-West Helena defendants are correct. The proposed amendment could and should have come earlier. The deadline was missed by more than six months. The lack of diligence works against a good cause finding and amending the Final Scheduling Order again. FED. R. CIV. P. 16(b)(4); *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 716 (8th Cir. 2008). But consider the practical result: Another lawsuit between these parties about the second chapter in their fraught employer/employee relationship. That's a recipe for unnecessary additional work, expense, and delay for the parties, counsel, and the Court. Counsel's foot-dragging, though, should not be rewarded and the defendants should not be prejudiced. The best result, all material things considered, is to allow the amended and supplemented complaint, push the entire schedule out so no one

has to sprint, and require Borum's lawyers to pay for some expenses. They must, therefore, pay the cost of another seven-hour deposition of him, plus the cost of any other deposition that must be re-opened and redone. They must also pay defense counsel's reasonable out-of-pocket expenses incurred in relation to all these depositions.

Motion, *Doc. 17*, granted reluctantly on conditions. Amended and supplemented complaint due by 20 November 2026. Answer or Rule 12(b) motion due by 23 December 2026. An Amended Final Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

13 November 2026